# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

CHANNAL M. WARE

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj49/MD

waived
Defendant's Attorney

□ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.34(1) and 32 C.F.R. § 210 | Driving With Suspended License Without Knowledge | 11/7/08 | One |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA is to be paid no later than February 18, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | $ 60.00 | $ 0.00 |

Date of Imposition of Sentence - 1/21/09

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 1-22-2009